**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
TZUMI ELECTRONICS LLC,

                       Plaintiff,                       22 **CIVIL** 9995 (KPF)

     -against-                                  **JUDGMENT**

THE BURLINGTON INSURANCE COMPANY,

                      Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 19, 2024, Defendant's cross-motion for summary judgment is hereby GRANTED. Plaintiff's cross-motion for summary judgment is hereby DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          January 19, 2024

                                                 **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                 **BY:**
                                                **Deputy Clerk**